IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RANDALL HUFF**  **PLAINTIFFS**
**Individually and on behalf of**
**all others similarly situated, et al.**

v.  CASE NO. 3:19-CV-00193 BSM

**PREFERRED FAMILY**
**HEALTHCARE INC. and**
**QUAPAW HOUSE INC.**  **DEFENDANTS**

## ORDER

The motion to extend time [Doc. No. 78] is granted. Quapaw has until June 8, 2020, to resolve its differences with its lawyers or find new counsel. If it does not, the motion to withdraw will be granted and judgment entered against Quapaw.

IT IS SO ORDERED this 11th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE