# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**RANDALL HUFF**                                                                                **PLAINTIFFS**
**Individually and on behalf of**
**all others similarly situated, et al.**

v.                 **CASE NO. 3:19-CV-00193 BSM**

**PREFERRED FAMILY**
**HEALTHCARE INC. and**
**QUAPAW HOUSE INC.**                                           **DEFENDANTS**

## ORDER

Quapaw House, Inc. was given until June 8, 2020, to resolve its differences with its lawyer or find new counsel. Doc. Nos. 75, 79. Quapaw has not indicated that it resolved its differences with counsel, and no new counsel has made an appearance. Accordingly, the motion to withdraw [Doc. No. 74] is granted, and judgment entered against Quapaw.

IT IS SO ORDERED this 12th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE