IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RANDALL HUFF**  **PLAINTIFFS**
**Individually and on behalf of**
**all others similarly situated, et al.**

v.   CASE NO. 3:19-CV-00193 BSM

**PREFERRED FAMILY**
**HEALTHCARE INC. and**
**QUAPAW HOUSE INC.**  **DEFENDANTS**

## ORDER

The joint motion for consolidation and approval of settlement [Doc. No. 85] is denied because *Frances Smith et al. v. Preferred Family Healthcare, Inc.*, 1:17-cv-82-JLH (E.D. Ark. 2017) is closed and the time to reopen the case has passed. *See* Doc. No. 35.

IT IS SO ORDERED this 28th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE