IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RANDALL HUFF**                                                                                                **PLAINTIFFS**
**Individually and on behalf of**
**all others similarly situated, et al.**

v.                              CASE NO. 3:19-CV-00193-BSM

**PREFERRED FAMILY**
**HEALTHCARE INC. and**
**QUAPAW HOUSE INC.**                                                                                    **DEFENDANTS**

## ORDER

The parties' renewed joint motion for approval of settlement [Doc. No. 89] is denied because the damages and attorneys' fees were negotiated simultaneously. *Vines v. Welspun Pipes, Inc.*, No. 4:18-CV-00509-BRW, 2020 WL 3062384 (E. D. Ark. June 9, 2020); *See Barbee v. Big River Steel*, 927 F.3d 1024, 1027 (8th Cir. 2019).

IT IS SO ORDERED this 13th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE