IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RANDALL HUFF**  **PLAINTIFFS**
**Individually and on behalf of**
**all others similarly situated,** *et al.*

v.  CASE NO. 3:19-CV-00193-BSM

**PREFERRED FAMILY**
**HEALTHCARE INC. and**
**QUAPAW HOUSE INC.**  **DEFENDANTS**

## ORDER

The parties have contacted my chambers requesting a status conference. Despite the procedural history, I cannot approve the settlement because the damages and attorneys' fees were not negotiated separately as required by Eighth Circuit precedent. Doc. No. 91; *Barbee v. Big River Steel*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Vines v. Welspun Pipes Inc.*, 9 F.4th 849, 853–54 (8th Cir. 2021). The parties are therefore directed to return to the negotiating table. Even if the parties' ultimate request is the same, they are required to "negotiate the reasonable fee amount separately and without regard to the plaintiff's FLSA claim . . .." *Barbee*, 927 F.3d at 1027. Upon refiling the motion for approval, the partes are directed to submit copies of settlement correspondence, along with billing records supporting the attorneys' fees requested.

IT IS SO ORDERED this 10th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE