IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RANDALL HUFF**  PLAINTIFFS
**Individually and on behalf of**
**all others similarly situated,** *et al.*

v.  CASE NO. 3:19-CV-00193-BSM

**PREFERRED FAMILY**
**HEALTHCARE INC. and**
**QUAPAW HOUSE INC.**  DEFENDANTS

## ORDER

The motion for reconsideration [Doc. No. 93] is granted. Upon reconsideration, the renewed joint motion for approval of settlement [Doc. No. 89] is granted.

The parties have settled plaintiffs' Fair Labor Standards Act ("FLSA") and Arkansas Minimum Wage Act ("AMWA") claims against defendants and now seek approval of the proposed settlement agreement and dismissal of the case. Because both impose the same overtime requirements, they are analyzed similarly. *See Arkansas Dep't of Veterans Affairs v. Okeke*, 466 S.W.3d 399, 403 (Ark. 2015). To approve a settlement in an FLSA case, the court must ensure that the parties are not negotiating around the FLSA's requirements and that the settlement agreement represents a fair and reasonable resolution of a bona fide dispute. *Cruthis v. Vision's*, 2014 WL 4092325, at *1 (E.D. Ark. Aug. 19, 2014).

The parties' proposed agreement and the entire record herein indicate the parties are not attempting to negotiate around the FLSA's requirements, and plaintiffs' recovery is fair and reasonable and furthers the goals of the FLSA. Attorney's fee in this case were

calculated as part of the overall settlement pool, and therefore are "necessarily intertwined" with the amount the plaintiffs will receive. *Amanda Del Toro, et al. v. Centene Management Company*, LLC, No. 4:19-CV-02635-JAR, 2021 WL 1784368 (E.D. Mo. May 5, 2021); *See Sandoval-Osegura v. Harvey Pallets Mgmt. Grp.*, LLC, No. 4:19-CV-00096-AGF, 2021 WL 2337614 (E.D. Mo. June 8, 2021) (finding *Barbee* did not limit settlement approval where attorney fees were calculated as part of the settlement fund). Further, given the particular circumstances of this case, the attorneys' fees and costs are reasonable. The settlement is therefore approved and this case is dismissed with prejudice. Moreover, jurisdiction is retained for thirty days to enforce the terms of the agreement, as necessary, to vacate this order and the accompanying judgment, and to reopen the case if it is satisfactorily shown that the agreement has not been completed and further litigation is needed.

    IT IS SO ORDERED this 7th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE