IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RANDALL HUFF**  **PLAINTIFFS**
**Individually and on behalf of**
**all others similarly situated,** *et al.*

v.    CASE NO. 3:19-CV-00193-BSM

**PREFERRED FAMILY**
**HEALTHCARE INC. and**
**QUAPAW HOUSE INC.**    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE